1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KARLIS RUBEN AUGUSTUS                Case No.  1:24-cv-00387-HBK (PC)
     HOWARD,
12                                        ORDER NOTING VOLUNTARY
                  Plaintiff,              DISMISSAL UNDER FED. R. CIV. P.
13                                        41(a)(1)(A)(i) AND FED. R. CIV. P. 15(a) OF
          v.                              CERTAIN CLAIMS AND DEFENDANTS
14
     HEATHER SHIRLEY, et al.,
15
                  Defendants.             (Doc. No.  11)
16

17

18

19

20

21          Plaintiff Karlis Ruben Augustus Howard, a state prisoner, is proceeding pro se and *in*

22   *forma pauperis* in this action filed under 42 U.S.C. § 1983.  On August 9, 2024, this Court issued

23   a screening order on Plaintiff's First Amended Complaint ("FAC").  (Doc. No. 10).  As discussed

24   in the Court's screening order, the Court found the FAC stated cognizable Eighth Amendment

25   conditions of confinement claims against Defendants Shirley, Cronjager, and DeGough, and state

26   law claims against the same three individuals for negligence, intentional infliction of emotional

27   distress, and negligent infliction of emotional distress, but failed to state any other cognizable

28   claims.  (*Id*. at 1-2).  Specifically, the Court found the FAC does not state any claim against

1   Defendants California Department of Corrections and Rehabilitation ("CDCR"), City of Wasco,

2   County of Kern, and Wasco State Prison.  (*See generally id*).  The Screening Order afforded

3   Plaintiff the opportunity to either (1) file a notice under Rule 41 and Federal Rule of Civil

4   Procedure 15 that he is willing to proceed only on the claims the court found cognizable in its

5   screening order; or (2) stand on his FAC subject to the undersigned issuing Findings and

6   Recommendations to dismiss the claims not deemed cognizable.  (*Id*. at 13-15).

7          On August 22, 2024, Plaintiff filed a "Notice Under Rule 41 and Rule 15(a)."  (Doc. No.

8   11).  In his signed and dated Notice, Plaintiff states:

9
> In response to this great and honorable Court's Order on August 9,
10
> 2024, The Plaintiff, Karlis Ruben August Howard contends he
> intends to stand on his FAC as screened herein and proceed only on
11
> his Eighth Amendment conditions of confinement, and state law
> negligence, IIE, and NIED claims against Defendants DeGough,
12
> Shirley and Cronjager, thereby voluntarily dismissing Defendants
> CDCR, City of Wasco, County of Kern, and Wasco State Prison
13
> and the remaining claims the Court deemed not cognizable.

    (Doc. No. 11 at 3).
14
           A plaintiff may voluntarily dismiss any defendant or claim without a court order by filing
15
    a notice of dismissal before the opposing party answers the complaint or moves for summary
16
    judgment.  Fed. R. Civ. P. 41 (a)(1)(A)(i).  Here, no party has answered or moved for summary
17
    judgment.  (*See* docket).  Further, the Ninth Circuit recognizes a party has an absolute right prior
18
    to an answer or motion for summary judgment to dismiss fewer than all named defendants or
19
    claims without a court order.  *Pedrina v. Chun*, 987 F.2d 608, 609-10 (9th Cir. 1993).
20
    Alternatively, Plaintiff's Notice is properly construed as a motion to amend the FAC under
21
    Federal Rule of Civil Procedure 15(a).  *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d
22
    683, 687 (9th Cir. 2005) (Rule 15(a) "is appropriate mechanism" when party is eliminating an
23
    issue or one or more claims but not completely dismissing a defendant).
24
           In accordance with Plaintiff's Notice, Plaintiff's FAC will proceed only on his Eighth
25
    Amendment conditions of confinement claims against Defendants Shirley, Cronjager, and
26
    DeGough, and state law claims against the same three individuals for negligence, intentional
27
    infliction of emotional distress, and negligent infliction of emotional distress only.  (*See* Doc. No.
28

11).  Defendants CDCR, City of Wasco, County of Kern, and Wasco State Prison are voluntarily

dismissed under Rule 15 and any other claims deemed not cognizable are deemed withdrawn

under Rule 15.

      Accordingly, it is **ORDERED**:

1.  The Court recognizes Plaintiff's voluntary dismissal of Defendants California Department of Corrections and Rehabilitation, City of Wasco, County of Kern, and Wasco State Prison.

2.  The Court will direct service upon Defendants Shirley, Cronjager, and DeGough by separate order.

Dated:    August 26, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE