1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   KARLIS RUBEN AUGUSTUS HOWARD,        Case No. 1:24-cv-00387-HBK

                                  Plaintiff,   ORDER GRANTING MOTION TO OPT-
13                                             OUT OF EARLY ADR

                     v.                        (Doc. No. 51)
14

15   H. SHIRLEY, et al.,

16                                Defendants.

17

18        Good cause appearing, IT IS HEREBY ORDERED that:

19        1.    Defendants' request to opt-out of this Court's Post-Screening Early Alternative

20   Dispute Resolution Program (Doc. No. 51) is GRANTED.  This action is released from the

21   Court's Post-Screening Alternative Dispute Resolution Program.

22        2.    The Clerk shall LIFT the STAY.

23        3.    The Court will separately issue a case management and scheduling order.

24   Dated:    July 3, 2025

25                                             HELENA M. BARCH-KUCHTA
                                               UNITED STATES MAGISTRATE JUDGE
26

27

28

                                               1